MDE 606-157

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| STACEY J. WYNO | ) | CASE NO. 05-55899 |
| Debtor | ) | ADVERSARY NO. 06-5130 |
| | ) | JUDGE MARILYN SHEA-STONUM |
| KATHRYN A. BELFANCE, Trustee | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| STACEY J. WYNO, et al | ) | **ANSWER OF DEFENDANT JOHN A. DONOFRIO, SUMMIT COUNTY FISCAL OFFICER** |
| Defendants | ) | |

Defendant, JOHN A. DONOFRIO, Summit County Fiscal Officer, for his Answer to the Plaintiff's Complaint filed herein states as follows:

1. That he has an interest in and against the premises in said Complaint for real estate taxes and assessments.

2. That the state has the best and first lien for taxes, interest and penalties pursuant to Ohio Revised Code §5721.10.

3. That there is due to him, as Fiscal Officer of Summit County, Ohio, taxes, accrued taxes and assessments in the amount of $ 930.55 for tax year 2005 as shown by the County Fiscal Officer's tax duplicate set forth in Exhibit "A".

4. That the state has a lien against the real property for accrued taxes not yet due and owing, and for additional interest and penalties that may accrue during the pending of this proceeding.

5. Further answering, for want of knowledge, this Defendant denies each and every other allegation contained in the Complaint except the allegations herein admitted to be true.

WHEREFORE, Defendant JOHN A. DONOFRIO, as Fiscal Officer of Summit County, Ohio, prays for the Court to find and grant that all costs be paid by the Plaintiff, and that upon an order of sale being issued, a determination be made that all taxes, accrued taxes, assessments, and penalties, thereon, be ordered paid as a first and best lien on said premises to the Fiscal Officer of Summit County, Ohio, and that by filing our Answer we are not putting ourselves before this Honorable Court to have any taxes abated or reduced.

Respectfully submitted,

SHERRI BEVAN WALSH
Prosecuting Attorney

MARVIN D. EVANS    #0055616
Assistant Prosecuting Attorney, Tax Division
220 S. Balch Street - Suite 118
Akron, Ohio 44302-1606
(330) 643-2619

Attorney for John A. Donofrio,
Fiscal Officer, Summit County

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer of John A. Donofrio, Fiscal Officer, Summit County, was mailed by regular U.S. mail this 26 day of June, 2006 to all parties listed below.

Kathryn A. Belfance, Esq.
1 Cascade Plaza, 21st Floor
Akron, OH 44308

Stacey J. Wyno
2663 Hudson Drive
Cuyahoga Falls, OH 44223

Christopher James Cross
152 Fulmer Avenue
Akron, OH 44312

Financial Freedom Senior
Funding Corp., subsidiary of
Indy Mac Bank, F.S.B.
500 North Ridge Road, Suite 500
Atlanta, GA 30350

Marvin D. Evans
Assistant Prosecuting Attorney

[Print This]                                                                EXHIBIT
                                                                               A

                              *John A. Donofrio*
                          Fiscal Officer, County of Summit
                  Note: This is a live file and is subject to constant change.
Switch to        IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT      Reference Year
Frozen PRC         Summit County Auditor Division, OH - Tax Year 2005       JUN 22, 2006
                                                                              01:46 PM

## BASIC INFORMATION FOR PARCEL 0204100

| | | | |
|---|---|---|---|
| PARCEL | 0204100 | ALT_ID CF0016305003000 | NO CARDS 1 |
| OWNER | WYNO STACEY J & CROSS CHRISTOPHER J | | INFO |
| OWNER | | | ---LISTER--- |
| DESC. | BUENA VISTA VILLAS LOT 390 ALL | | 857    01-JAN-02 |
| DESC. | | | |
| DESC. | | LUC 510 | R - SINGLE FAMILY DWELLING, PLATTED |
| ADDR. | 2308 SHAW AVE , CUYAHOGA FALLS 44223- | | CLS   R |
| SPEC FLAG | | | NBR   30300055 |
| HOMESTEAD | 1000 | | |
| DISTRICT | 02  CUY FLS-CUY FLS CSD | | INTER-COUNTY   77-0555 |

## LAND FOR PARCEL 0204100

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 60 | 50 | 120 | 425 | .89 | 210/210 | | | 20780 |

LOT CODE: 01 = HOUSE LOT

## RESIDENTIAL CARD 1 OF 1 FOR PARCEL 0204100

| | | | | | | |
|---|---|---|---|---|---|---|
| STYHT | 1 | HT/AC | CENTRAL AIR CONDITION | | | |
| CONST | ALUMINUM/VINYL | FUEL | GAS | | | |
| MSRY TRIM | | SYSTEM | | | | |
| TYPE | CAPE COD | ATTIC | FULL FINISHED | | | |
| YR BUILT | 1947 | FINBSMT | | | | |
| EFF YR | | REC RM | | | | |
| YRREMDLD | | FRP PREFB | | | | |
| TOT RM | 5 | FRPL OP/ST | | | | |
| BEDRM | 3 | BSMT GAR | | | | |
| FAMLYRM | | PHYSICAL | 60 | | ADJ BASE | 65180 |
| FULL/BTH | 1 | FUNC DEP | | | ADDN MISC FEAT. | 9640 |
| HALF/BTH | | FUNC RSN | | | ADDITIONS TOTAL | 610 |
| TOT FIXTRS | 5 | ECON DEP | | | SUBTOTAL | 75430 |
| BSMT | FULL | ECON RSN | | | REPL COST | 98060 |
| GFLA | 675 | GRADE | 130 | | LESS DEPR | 58840 |
| SFLA | 945 | COND (CDU) | AVERAGE | (110%) | ADJ RCNLD | 64720 |
| | | PCT CMPL | | | DWELLING VAL | 64720 |

DESCRIPTION: CAPE COD ALUMINUM/VINYL 1 STORY WITH 675 SQ FT GROUND FLOOR LIVING AREA AND 945 TOTAL SQ FT LIVING AREA, BUILT ABOUT 1947. IT HAS 5 TOTAL ROOMS WITH 3 BEDROOMS, 1 FULL BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AIR CONDITION, A FULL FINISHED ATTIC AND THE OVERALL CONDITION IS AVERAGE. THE "ADDN MISC FEATURES" VALUE WAS DERIVED FROM THE ATTIC (7890), AND THE HT/AC (1750).



ADDITION CODES:
LN LW 1S 2N 3R AREA %COMP VALUE
B     11    24              610

ADDITIONS:
LINE B FIRST FLOOR OPEN FRAME PORCH

SECONDARY:

| CODE | YR BLT | SQ FT | MODS | CD | RATE | %GOOD | %COMP | FUN UNIT | FUN/RS | ECO/RS | RCNLD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RG1 | 1948 | 280 | | G | 18.57 | 55 | | 1 | | | 2860 |

RG1 = DET GARAGE FR OR CB

## SUMMARY ALL CARDS FOR PARCEL 0204100

| LAND: | 20780 | BUILDING: | 67580 | TOTAL: | 88360 |
|---|---|---|---|---|---|
| ASSESSED LAND: | 7270 | ASSESSED BLDG: | 23650 | ASSESSED TOTAL: | 30920 |

## SALES INFORMATION FOR PARCEL 0204100

| DATE | DOC# | GRANTOR | AMT SALE | DESC | PARCELS | STATE CODE |
|---|---|---|---|---|---|---|
| 14-SEP-05 | 20915 | DICKEY DIANA GRACE | | | 1 | |
| 12-JUN-02 | 11876 | DICKEY DIANA | | | 0 | |
| 29-APR-02 | 8246 | SCHAFER VICTORIA TRUSTEE | | | 1 | |
| 05-JAN-99 | 81 | DICKEY WILLIS | | | 1 | |

Print

## 2005 SUMMARY INFORMATION FOR PARCEL 0204100

| MAILING ADDRESS | | LUC | 510 |
|---|---|---|---|
| WYNO STACEY J & CROSS CHRISTOPHER J | | CLASS | R |
| 2308 SHAW AVE | | 2.5% | Y |
| CUYAHOGA FALLS, OH  44223 | | HMSTD | 1,000 |
| APPRAISED VALUE | 88,360 | CAUV | N |
| TAXABLE VALUE | 30,920 | FOREST | N |
| BANK CODE | | STUB | 2018054 |
| TREAS CODE | | CERT YEAR | N |
| CUR YR REFUND | | DELQ CONTRACT | N |
| PRI YR REFUND | | BANKRUPTCY | N |
| MONEY IN ESCROW | | FORECLOSURE | N |
| MONEY IN PRETAX | | | |

### Beginning Tax Duplicate

| | First Half Charges | Second Half Charges |
|---|---|---|
| Realestate | 699.21 | 699.21 |
| Special Assessment | 0.00 | 0.00 |

06-05130-mss    Doc 5    FILED 06/26/06    ENTERED 06/26/06 13:33:12    Page 5 of 6

|  | Total | 699.21 | 699.21 |
|---|---|---|---|

## Total Tax Amount Due Reflects Payment & Adjustment To Date

|  | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 0.00 | 699.21 | 699.21 |
| P & I & ADJ | 0.00 | 21.03 | 0.00 |
| PAYMENTS | 0.00 | -488.90 | 0.00 |
| AMOUNT DUE | 0.00 | 231.34 | 699.21 |
|  | YEARLY AMOUNT DUE: |  | 930.55 |

### 2005 TAX BILL DETAILS FOR PARCEL 0204100

| DATE | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|
| 27-DEC-05 | 1 |  | DUP/ORG | 1454.33 | 1454.33 |
| 27-DEC-05 | 1 |  | DUP/RED | -601.47 | -601.47 |
| 27-DEC-05 | 1 |  | DUP/ADJ | 852.86 | 852.86 |
| 27-DEC-05 |  |  | DUP/RLB | 0.00 | -85.29 |
| 27-DEC-05 | 1 |  | DUP/RLB | -85.29 | 0.00 |
| 27-DEC-05 |  |  | DUP/HOM | 0.00 | -47.04 |
| 27-DEC-05 | 1 |  | DUP/HOM | -47.04 | 0.00 |
| 27-DEC-05 |  |  | DUP/HRB | 0.00 | -21.32 |
| 27-DEC-05 | 1 |  | DUP/HRB | -21.32 | 0.00 |
| 15-MAR-06 | 1 |  | PAY/CHG | -488.90 | 0.00 |
| 17-MAR-06 |  |  | ADJ/PEN | 21.03 | 0.00 |

| | |
|---|---|
| DELQ REAL ESTATE & ASSESSMENT TAX: | 0.00 |
| ADJUSTMENT: | 0.00 |
| DECEMBER INTEREST: | 0.00 |
| AUGUST INTEREST: | 0.00 |
| TOTAL | 0.00 |

|  | 1st HALF | 2nd HALF |
|---|---|---|
| REAL ESTATE CHARGES: | 699.21 | 699.21 |
| SPECIAL ASSESSMENT CHARGES: | 0.00 | 0.00 |
| ADJUSTMENT: | 21.03 | 0.00 |
| TOTAL CHARGES: | 720.24 | 699.21 |

| PAYMENTS: | DATE | TYPE |  |
|---|---|---|---|
|  | 15-MAR-06 | NML | -488.90 |

|  | 1st HALF | 2nd HALF |
|---|---|---|
| TOTAL PAYMENTS: | -488.90 | 0.00 |
| FH/SH AMOUNT DUE: | 231.34 | 699.21 |

SPECIAL ASSESSMENT:
  PROJECT   NAME                                         END    1st HALF   2nd HALF

*Click the Following Links to Navigate the Tax Years*
2006  2004  2003  2002  2001  2000  1999  1998  1997  1996